AO 450 (Rev. 5/85)  Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF___NEVADA_____

DAVID CURRIER, et al,

          Plaintiff,              JUDGMENT IN A CIVIL CASE

V.

                                  CASE NUMBER: 3:11-CV-00132-RCJ-VPC

FIRST MAGNUS FINANCIAL CORP., et al.,

          Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Motion to Remand [12]  is DENIED.  IT IS FURTHER ORDERED that the Motions to Dismiss [5] [19] are GRANTED.

September 9, 2011_____                 _**LANCE S. WILSON**_
      Date                                 Clerk

                                     /s/  M. Campbell_____
                                     Deputy Clerk